Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−15248−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Irene Barous
   aka Irene Hanzich
   27 Blenheim Road
   Manalapan, NJ 07726

Social Security No.:
   xxx−xx−8254

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 16, 2017.

On April 10, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:         May 22, 2018
Time:        10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 13, 2018
JAN: pbf

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-15248-MBK
Irene Barous                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Apr 13, 2018
                              Form ID: 185             Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2018.
```
db             +Irene Barous,    27 Blenheim Road,    Manalapan, NJ 07726-2626
lm             +Bank of America,    100 North Tryon Street,    Charlotte, NC 28255-0001
516707754       A-1 Collections Svc,    2297 Highway 33,    Hamilton Square, NJ 08690-1717
516707755       Amerisol,    PO Box 65018,    Baltimore, MD 21264-5018
516707758      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bankamerica,     PO Box 982238,    El Paso, TX 79998-2238)
516707757      +Bank Of America, NA,    100 N Tryon St,    Charlotte, NC 28202-4031
516707756      #Bank of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
516880484       Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
516707759      +BioReference Laboratories,    481 Edward H Ross Dr,    Elmwood Park, NJ 07407-3128
516707763      +C. Catherine Jannarone, Esq.,    30 Freneau Avenue, Suite 1B,    Matawan, NJ 07747-3391
516707762      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank USA N,     15000 Capital One Dr,
                 Richmond, VA 23238-1119)
516707760       Cap One NA,    PO Box 26625,    Richmond, VA 23261-6625
516707761       Capital One,    Attn: General Correspondence/Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
516917988       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516707764      #Central Credit Services, Inc.,    20 Corporate Hills Dr,    Saint Charles, MO 63301-3749
516707766       Centrastate Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
516707768       Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
516707767       Chase Card,    Attn: Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
516707769       Chase-pier1,    PO Box 15298,    Wilmington, DE 19850-5298
516707770       Comenity Bank/Fashbug,    PO Box 182272,    Columbus, OH 43218-2272
516707771       Comenity Bank/Fashion Bug,    Attn: Bankruptcy,    PO Box 182125,    Columbus, OH 43218-2125
516707772       Comenity Bank/New York & Co,    PO Box 182125,    Columbus, OH 43218-2125
516707773       Comenity Bank/Nwyrk&Co,    220 W Schrock Rd,    Westerville, OH 43081-2873
516707774       Comenity Bank/Vctrssec,    PO Box 182789,    Columbus, OH 43218-2789
516707775       Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    PO Box 182125,    Columbus, OH 43218-2125
516707776       Comenity Capital Bank/Hsn,    PO Box 182125,    Columbus, OH 43218-2125
516707777       Comenity Capital/Hsn,    995 W 122nd Ave,    Westminster, CO 80234-3417
516707780       Dsnb Macys,    PO Box 8218,    Mason, OH 45040-8218
516707782      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit,     National Bankruptcy Service Center,
                 PO Box 62180,    Colorado Springs, CO 80962-2180)
516963798      +Ford Motor Credit Co., LLC,    Rubin & Rothman,    1787 Veterans Hwy., Ste. 32,
                 Islandia, NY 11749-1500
516707783      +Frd Motor Cr,    PO Box BOX542000,    Omaha, NE 68154-8000
516707784      +Freehold Radiology Group,    PO Box 6545,    Freehold, NJ 07728-6545
516707785       GMAC Mortgage,    PO Box 4622,    Waterloo, IA 50704-4622
516707786       I C System Inc,    PO Box 64378,    Saint Paul, MN 55164-0378
516707787       KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
516707791       Pier 1/Comenity Bank,    Attn: Bankruptcy,    PO Box 182125,    Columbus, OH 43218-2125
516707792       Regional Women's Health Group, LLC,    PO Box 536,    Voorhees, NJ 08043-0536
516707795      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,     4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
516785178      +Toyota Lease Trust,    C/O Toyota Motor Credit Corporation,    P.O. Box 9013,
                 Addison, Texas 75001-9013
516707798       Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,
                 Mason, OH 45040-8053
516707800      +Western Monmouth Utilities Authority,    103 Pension Rd,    Manalapan, NJ 07726-8498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 13 2018 23:17:11      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 13 2018 23:17:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516707778       E-mail/Text: electronicbkydocs@nelnet.net Apr 13 2018 23:17:13      Dept of Ed/582/Nelnet,
                 Attn: Claims/Bankruptcy,    PO Box 82505,    Lincoln, NE 68501-2505
516707779       E-mail/Text: electronicbkydocs@nelnet.net Apr 13 2018 23:17:13      Dept of Education/Neln,
                 3015 S Parker Rd,    Aurora, CO 80014-2904
516707781       E-mail/Text: bnc-bluestem@quantum3group.com Apr 13 2018 23:17:53      Fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
516707788       E-mail/Text: bnckohlsnotices@becket-lee.com Apr 13 2018 23:16:33      Kohls/Capital One,
                 Kohls Credit,    PO Box 3043,    Milwaukee, WI 53201-3043
516707789      +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 13 2018 23:16:33      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516707790      +Fax: 407-737-5634 Apr 13 2018 23:40:32      Ocwen Loan Servicing,    Attn: Research Dept,
                 1661 Worthington R Ste 100,    West Palm Beach, FL 33409-6493
516961699       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 13 2018 23:19:50
                 Portfolio Recovery Associates, LLC,    c/o Orchard Bank,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-3           User: admin            Page 2 of 2              Date Rcvd: Apr 13, 2018
                               Form ID: 185           Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516879935         E-mail/Text: bnc-quantum@quantum3group.com Apr 13 2018 23:17:00
                  Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
516707793         E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2018 23:13:23    Syncb/tjx Cos,   PO Box 965005,
                  Orlando, FL  32896-5005
516707794         E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2018 23:13:12    Synchrony Bank/Tjx,
                  Attn: Bankruptcy,   PO Box 956060,   Orlando, FL  32896-5060
516733836        +E-mail/Text: electronicbkydocs@nelnet.net Apr 13 2018 23:17:13    U.S. Department of Education,
                  C/O Nelnet,   121 South 13th Street, Suite 201,   Lincoln, NE  68508-1911
516707799         E-mail/Text: bnc-bluestem@quantum3group.com Apr 13 2018 23:17:53    Webbank/fingerhut,
                  6250 Ridgewood Rd,   Saint Cloud, MN  56303-0820
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516707796*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                  (address filed with court:  Toyota Motor Credit Co,   4 Gatehall Dr Ste 350,
                   Parsippany, NJ   07054-4522)
516707797*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                  (address filed with court:  Toyota Motor Credit Co,   PO Box 8026,
                   Cedar Rapids, IA  52408-8026)
516707765       ##+Central Jersey Emergency Medical Assoc,   PO Box 2680,   New Brunswick, NJ 08903-2680
                                                                                     TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2018 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Daniel E. Straffi    on behalf of Debtor Irene   Barous bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;bkclient@straffilaw.com;familyclient@straffilaw.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Loss Mitigation    Bank of America dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```