Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−15248−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Irene Barous
   aka Irene Hanzich
   27 Blenheim Road
   Manalapan, NJ 07726

Social Security No.:
   xxx−xx−8254

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/14/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 14, 2018
JAN: bwj

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 17-15248-MBK
Irene Barous                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin                Page 1 of 3            Date Rcvd: Jun 14, 2018
                             Form ID: 148               Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.
```
db            +Irene Barous,   27 Blenheim Road,   Manalapan, NJ 07726-2626
516707754      A-1 Collections Svc,    2297 Highway 33,   Hamilton Square, NJ 08690-1717
516707755      Amerisol,   PO Box 65018,    Baltimore, MD 21264-5018
516707759     +BioReference Laboratories,    481 Edward H Ross Dr,   Elmwood Park, NJ 07407-3128
516707763     +C. Catherine Jannarone, Esq.,    30 Freneau Avenue, Suite 1B,   Matawan, NJ 07747-3391
516707766      Centrastate Medical Center,    901 West Main Street,   Freehold, NJ 07728-2549
516963798     +Ford Motor Credit Co., LLC,    Rubin & Rothman,   1787 Veterans Hwy., Ste. 32,
               Islandia, NY 11749-1500
516707784     +Freehold Radiology Group,    PO Box 6545,   Freehold, NJ 07728-6545
516707785      GMAC Mortgage,   PO Box 4622,    Waterloo, IA 50704-4622
516707787      KML Law Group, PC,    216 Haddon Ave Ste 406,   Westmont, NJ 08108-2812
516707792      Regional Women's Health Group, LLC,    PO Box 536,   Voorhees, NJ 08043-0536
516785178     +Toyota Lease Trust,    C/O Toyota Motor Credit Corporation,   P.O. Box 9013,
               Addison, Texas 75001-9013
516707798      Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,   PO Box 8053,
               Mason, OH 45040-8053
516707800     +Western Monmouth Utilities Authority,    103 Pension Rd,   Manalapan, NJ 07726-8498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2018 23:10:42      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2018 23:10:39      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,  Suite 2100,
               Newark, NJ 07102-5235
lm            +EDI: BANKAMER2.COM Jun 15 2018 02:43:00      Bank of America,   100 North Tryon Street,
               Charlotte, NC 28255-0001
516707758      EDI: BANKAMER.COM Jun 15 2018 02:43:00      Bankamerica,   PO Box 982238,
               El Paso, TX 79998-2238
516707757     +EDI: BANKAMER2.COM Jun 15 2018 02:43:00      Bank Of America, NA,   100 N Tryon St,
               Charlotte, NC 28202-4031
516707756      EDI: BANKAMER.COM Jun 15 2018 02:43:00      Bank of America,   NC4-105-03-14,   PO Box 26012,
               Greensboro, NC 27420-6012
516880484      EDI: BANKAMER.COM Jun 15 2018 02:43:00      Bank of America, N.A.,   PO Box 31785,
               Tampa, FL 33631-3785
516707762      EDI: CAPITALONE.COM Jun 15 2018 02:43:00      Capital One Bank USA N,   15000 Capital One Dr,
               Richmond, VA 23238-1119
516707760      EDI: CAPITALONE.COM Jun 15 2018 02:43:00      Cap One NA,   PO Box 26625,
               Richmond, VA 23261-6625
516707761      EDI: CAPITALONE.COM Jun 15 2018 02:43:00      Capital One,
               Attn: General Correspondence/Bankruptcy,    PO Box 30285,   Salt Lake City, UT 84130-0285
516917988      EDI: BL-BECKET.COM Jun 15 2018 02:43:00      Capital One, N.A.,   c/o Becket and Lee LLP,
               PO Box 3001,   Malvern PA 19355-0701
516707767      EDI: CHASE.COM Jun 15 2018 02:43:00      Chase Card,   Attn: Correspondence Dept,   PO Box 15298,
               Wilmington, DE 19850-5298
516707768      EDI: CHASE.COM Jun 15 2018 02:43:00      Chase Card,   PO Box 15298,
               Wilmington, DE 19850-5298
516707769      EDI: CHASE.COM Jun 15 2018 02:43:00      Chase-pier1,   PO Box 15298,
               Wilmington, DE 19850-5298
516707770      EDI: WFNNB.COM Jun 15 2018 02:43:00      Comenity Bank/Fashbug,   PO Box 182272,
               Columbus, OH 43218-2272
516707771      EDI: WFNNB.COM Jun 15 2018 02:43:00      Comenity Bank/Fashion Bug,   Attn: Bankruptcy,
               PO Box 182125,   Columbus, OH 43218-2125
516707772      EDI: WFNNB.COM Jun 15 2018 02:43:00      Comenity Bank/New York & Co,   PO Box 182125,
               Columbus, OH 43218-2125
516707773      EDI: WFNNB.COM Jun 15 2018 02:43:00      Comenity Bank/Nwyrk&Co,   220 W Schrock Rd,
               Westerville, OH 43081-2873
516707774      EDI: WFNNB.COM Jun 15 2018 02:43:00      Comenity Bank/Vctrssec,   PO Box 182789,
               Columbus, OH 43218-2789
516707775      EDI: WFNNB.COM Jun 15 2018 02:43:00      Comenity Bank/Victoria Secret,   Attn: Bankruptcy,
               PO Box 182125,   Columbus, OH 43218-2125
516707776      EDI: WFNNB.COM Jun 15 2018 02:43:00      Comenity Capital Bank/Hsn,   PO Box 182125,
               Columbus, OH 43218-2125
516707777      EDI: WFNNB.COM Jun 15 2018 02:43:00      Comenity Capital/Hsn,   995 W 122nd Ave,
               Westminster, CO 80234-3417
516707778      E-mail/Text: electronicbkydocs@nelnet.net Jun 14 2018 23:10:44      Dept of Ed/582/Nelnet,
               Attn: Claims/Bankruptcy,    PO Box 82505,   Lincoln, NE 68501-2505
516707779      E-mail/Text: electronicbkydocs@nelnet.net Jun 14 2018 23:10:44      Dept of Education/Neln,
               3015 S Parker Rd,   Aurora, CO 80014-2904
516707780      EDI: TSYS2.COM Jun 15 2018 02:43:00      Dsnb Macys,   PO Box 8218,   Mason, OH 45040-8218
516707782      EDI: FORD.COM Jun 15 2018 02:43:00      Ford Motor Credit,   National Bankruptcy Service Center,
               PO Box 62180,   Colorado Springs, CO 80962-2180
516707781      EDI: BLUESTEM Jun 15 2018 02:43:00      Fingerhut,   6250 Ridgewood Rd,
               Saint Cloud, MN 56303-0820
516707783     +EDI: FORD.COM Jun 15 2018 02:43:00      Frd Motor Cr,   PO Box BOX542000,   Omaha, NE 68154-8000
```

```
District/off: 0312-3          User: admin              Page 2 of 3                  Date Rcvd: Jun 14, 2018
                              Form ID: 148             Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516707786        EDI: IIC9.COM Jun 15 2018 02:43:00      I C System Inc,   PO Box 64378,
                  Saint Paul, MN  55164-0378
516707788        EDI: CBSKOHLS.COM Jun 15 2018 02:43:00      Kohls/Capital One,   Kohls Credit,   PO Box 3043,
                  Milwaukee, WI  53201-3043
516707789       +EDI: CBSKOHLS.COM Jun 15 2018 02:43:00      Kohls/capone,   N56 W 17000 Ridgewood Dr,
                  Menomonee Falls, WI 53051-7096
516707790       +Fax: 407-737-5634 Jun 15 2018 00:25:33      Ocwen Loan Servicing,   Attn: Research Dept,
                  1661 Worthington R Ste 100,   West Palm Beach, FL 33409-6493
516961699        EDI: PRA.COM Jun 15 2018 02:43:00      Portfolio Recovery Associates, LLC,   c/o Orchard Bank,
                  POB 41067,   Norfolk VA 23541
516707791        EDI: WFNNB.COM Jun 15 2018 02:43:00      Pier 1/Comenity Bank,   Attn: Bankruptcy,
                  PO Box 182125,   Columbus, OH  43218-2125
516879935        EDI: Q3G.COM Jun 15 2018 02:43:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                  PO Box 788,   Kirkland, WA  98083-0788
516707793        EDI: RMSC.COM Jun 15 2018 02:43:00      Syncb/tjx Cos,   PO Box 965005,
                  Orlando, FL  32896-5005
516707794        EDI: RMSC.COM Jun 15 2018 02:43:00      Synchrony Bank/Tjx,   Attn: Bankruptcy,   PO Box 956060,
                  Orlando, FL  32896-5060
516707795        EDI: TFSR.COM Jun 15 2018 02:43:00      Toyota Motor Credit,   4 Gatehall Dr Ste 350,
                  Parsippany, NJ  07054
516707797        EDI: TFSR.COM Jun 15 2018 02:43:00      Toyota Motor Credit Co,   PO Box 8026,
                  Cedar Rapids, IA  52408-8026
516733836       +E-mail/Text: electronicbkydocs@nelnet.net Jun 14 2018 23:10:44      U.S. Department of Education,
                  C/O Nelnet,   121 South 13th Street, Suite 201,   Lincoln, NE 68508-1911
516707799        EDI: BLUESTEM Jun 15 2018 02:43:00      Webbank/fingerhut,   6250 Ridgewood Rd,
                  Saint Cloud, MN  56303-0820
                                                                                              TOTAL: 41

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516707796*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,   4 Gatehall Dr Ste 350,
                 Parsippany, NJ  07054-4522)
516707764       ##Central Credit Services, Inc.,   20 Corporate Hills Dr,   Saint Charles, MO  63301-3749
516707765      ##+Central Jersey Emergency Medical Assoc,   PO Box 2680,   New Brunswick, NJ 08903-2680
                                                                                 TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:
```
          Albert Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert Russo    docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor   BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Daniel E. Straffi    on behalf of Debtor Irene  Barous bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Loss Mitigation   Bank of America dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-3           User: admin              Page 3 of 3              Date Rcvd: Jun 14, 2018
                               Form ID: 148             Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 7