Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–15248–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Irene Barous
 aka Irene Hanzich
 27 Blenheim Road
 Manalapan, NJ 07726

Social Security No.:
 xxx–xx–8254

Employer's Tax I.D. No.:

## FINAL DECREE

 The estate of the above named debtor(s) has been fully administered.

 If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

 ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: September 10, 2018

Michael B. Kaplan
Judge, United States Bankruptcy Court